STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER JENNINGS, DEFENDANT-PETITIONER.

*Miss Lillian Clawans* and *Mr. George R. Sommer* for the petitioner.

*Mr. Richard J. Congleton* and *Mr. C. William Caruso* for the respondent.

April 9, 1951.   Denied.

F. PAUL MARSCHALK, PLAINTIFF-RESPONDENT, v. ANTHONY WEBER, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 11 *N. J. Super.* 16.

*Messrs. Hunziker & Hunziker* and *Mr. Hugh C. Spernow* for the petitioners.

*Messrs. Carroll & Skettini* for the respondent.

April 9, 1951.   Denied.